**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 3:16-cr-93-J-32JRK

ELIAS SIMMONS

_____

### SECOND ORDER MODIFYING CONDITIONS OF RELEASE

On July 11, 2016, the Court issued an Order Setting Conditions of Release for defendant Elias Simmons. See Order, Doc. 26. On December 4, 2017, the Court added further conditions. See Order, Doc. 236. In light of the matter pending in the District Court of Maryland for Anne Arundel County, Case Number D-07-CV-17-015820, the Court has determined to further modify defendant's conditions as follows until he reports as designated to the Bureau of Prisons on January 8, 2018:

1. The condition allowing defendant to participate in limited travel is vacated. In accordance with paragraph 2 below, defendant is not permitted to travel.

2. Defendant shall participate in the following home confinement program and abide by all of the requirements of the program, which will include either electronic monitoring or global positioning system under the direction of Pretrial Services:

- Defendant must be in his residence at all times except for attorney visits, medical appointments, religious services, court appearances (including state court appearances), and court-ordered obligations, all of which must be pre-

approved by the Pretrial Services Officer.

- Defendant shall report as directed for installation of electronic monitoring equipment, and for removal of the equipment when he is due to report to the institution designated by the Bureau of Prisons for service of his sentence.

3. Defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of January, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
Anthony Suarez, Esq.
United States Marshals Service
United States Probation Office
United States Pretrial Services
Defendant